JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CAZARES, | ) NO. CV 21-1712-DSF (KS) |
|             Petitioner, | ) |
| | ) |
|      v. | ) JUDGMENT |
| | ) |
| J. PICKETT, | ) |
| | ) |
|             Respondent. | ) |
| _____ | ) |

Pursuant to the Court's Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  March 15, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE